## V. T. TITTLE *et al.* v. STATE.

No. A-3020. Opinion Filed November 16. 1918.

(175 Pac. 841.)

APPEAL AND ERROR—Affirmance—Failure to Prosecute. Where an appeal has been pending since May 28. 1917. and cause was submitted Nov. 13. 1918. and no brief was filed for plaintiff in error. and examination of record shows no reversible error, Attorney General's motion to affirm conviction for failure to prosecute will be sustained.

*Appeal from County Court, Wagoner County;*
*J. C. Pinson, Judge.*

V. T. Tittle and Newton Fields were convicted for unlawful possession of intoxicating liquors, and they appeal. Judgment affirmed.

*W. W. Momyer*, for plaintiffs in error.

*S. P. Freeling*, Atty. Gen., and *R. McMillan*, Asst. Atty. Gen., for the State.

PER CURIAM.    Plaintiffs in error, Tittle and Fields, were jointly tried and convicted in the county court of Wagoner county of the crime of unlawful possession of intoxicating liquors, and punishment fixed at a fine of $200 and 60 days' imprisonment against Tittle, and a fine of $50 and 30 days' imprisonment against Fields.

The appeal has been pending in this court since the 28th day of May, 1917.

The cause was submitted November 13, 1918, on motion of the Attorney General to affirm the judgment for failure to diligently prosecute the appeal.    No brief has been filed in behalf of either plaintiff in error.

An examination of the record discloses no error sufficient to authorize the reversal of the judgments.    The motion of the Attorney General to affirm the convictions for failure to prosecute the appeal is sustained, and the judgment against each defendant is affirmed.

Mandates forthwith.